1  Brent Dorian Brehm, State Bar No. 248983
     E-mail: bbrehm@kantorlaw.net
2  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
3  Northridge, CA 91324
   Telephone:  (818) 886-2525
4  Facsimile:  (818) 350-6272

5  Zoya Yarnykh, State Bar No. 258062
     E-mail: zyarnykh@kantorlaw.net
6  KANTOR & KANTOR, LLP
   1050 Marina Village Pkwy., Ste. 105
7  Alameda, CA 94501
   Telephone:  (510) 992-6130
8  Facsimile:  (510) 280-7564

9  Attorneys for Plaintiff,
   TANYA MILLER and BOBBY ELY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA MILLER and BOBBY ELY,<br><br>Plaintiffs,<br><br>vs.<br><br>SAGICOR LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO: 2:20-cv-00433-WBS-KJN<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER** |

**IT IS HEREBY STIPULATED**, by and between Plaintiffs, Tanya Miller and Bobby Ely, and Defendant Sagicor Life Insurance Company, by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Each party shall bear its own attorney fees and costs.

**IT IS SO STIPULATED.**

DATED: June 3, 2021                KANTOR & KANTOR, LLP

By: */s/ Brent Dorian Brehm*
Zoya Yarnykh
Brent Brehm
Attorneys for Plaintiff,
TANYA MILLER AND
BOBBY ELY

DATED: June 3, 2021                MICHELMAN & ROBINSON, LLP

By: /s/ *Jeffrey D. Farrow*
Jeffrey D. Farrow
Christopher T. Kim
Samantha A. Gavin
Attorneys for Defendant
SAGICOR LIFE INSURANCE COMPAN

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice. Each party shall bear its and his own fees and costs.

Dated:  June 7, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE